STEVEN A. GIBSON
Nevada Bar No. 6656
sgibson@dickinsonwright.com
JODI DONETTA LOWRY
Nevada Bar No. 7798
jdlowry@dickinsonwright.com

# DICKINSON WRIGHT PLLC

City Center West
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAE-SI KIM, an individual, and JIN-SUNG HONG, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM B. KEARNEY, an individual; EDWARD C. REED, an individual; BARBARA R. REED, an individual; REED TEAM, d/b/a RE/MAX EXTREME, a Nevada general partnership; FIRST AMERICAN TITLE, a foreign corporation; RE/MAX INTERNATIONAL, INC., a Colorado corporation; GINA THOMAS, an individual; ALVERSON, TAYLOR, MORTENSEN & SANDERS, a Nevada law firm; the Estate of JAMES L. ZEMELMAN, ESQ.; CUMORAH CREDIT UNION, a Nevada non-profit corporation; CHARLES M. DAMUS, ESQ., an individual; and VALLEY FORECLOSURE SERVICES, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No.: 2:09-cv-02008-PMP-PAL<br><br>**PLAINTIFFS' MEMORANDUM OF FEES AND COSTS** |

Plaintiffs Tae-Si Kim and Jin-Sung Hong, by and through their counsel, Dickinson Wright PLLC, herein submit Plaintiffs' Memorandum of Fees and Costs associated with the non-appearance for deposition of Adam Kearney and subsequent filing of Plaintiffs' Motion to Compel Deposition of Adam Kearney (Doc. No. 88) and Motion for Discovery Sanctions against

Adam Kearney (Doc. No. 89), as directed by this Court in this Court's October 7, 2010 Order (Doc. No. 96).

This Memorandum is supported by the Declaration of Jodi Donetta Lowry, attached hereto as Exhibit 1.

## <u>MEMORANDUM OF FEES AND COSTS</u>

Plaintiffs incurred legal fees of $8983.50 and taxable costs of $487.50 in connection with Plaintiffs' preparation for and attempt to take the deposition of Mr. Kearney on August 25, 2010, Plaintiffs' subsequent preparation and filing of motions to compel Mr. Kearney's deposition and for discovery sanctions based on Mr. Kearney's non-response to discovery, and this Court's hearing on those motions, for a total of $9471.00. The Declaration of Jodi Donetta Lowry, attached hereto as Exhibit 1, sets forth: (a) itemization and description of the work performed; (b) identification of the attorneys and staff performing that work; (c) those individuals' customary fees and the reasonableness thereof, as well as the costs and reasonableness thereof associated with Mr. Kearney's discovery malfeasances; and (d) descriptions of the experience, reputation, and ability of the attorneys and staff who performed work with respect to these matters. Plaintiffs thus respectfully request that this Court enter judgment against Mr. Kearney in the amount of nine thousand, four hundred seventy-one dollars ($9471.00).

Respectfully submitted this 21st day of October, 2010.

DICKINSON WRIGHT PLLC

By   /s/ J.D. Lowry

STEVEN A. GIBSON
Nevada Bar No. 6656
J.D. LOWRY
Nevada Bar No. 7798
City Center West
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5 of this Court, I certify that I am an employee of Dickinson Wright PLLC and that on this 21st day of October, 2010, I caused a correct copy of the foregoing **PLAINTIFF'S MEMORANDUM OF FEES AND COSTS** to be served via CM/ECF to:

| | |
|---|---|
| Michael E. Stoberski, Esq.<br>mstoberski@ocgd.com<br>Zachary J. Thompson, Esq.<br>zthompson@ocgd.com<br>Olson, Cannon, Gormley & Desruisseaux<br>9950  West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Telephone: 702.384.4012<br>Facsimile:  702.383.0701<br>*Counsel for Defendants*<br>Edward C. Reed; Barbara R. Reed; and<br>Reed Team, d/b/a RE/MAX Extreme | Jonathan B. Owens, Esq.<br>jowens@alversontaylor.com<br>Andres Camacho, Esq.<br>acamacho@alversontaylor.com<br>Alverson, Taylor, Mortensen, & Sanders<br>7401 West Charleston Boulevard<br>Las Vegas, Nevada 89117<br>Telephone: 702.384.7000<br>Facsimile:  702.385.7000<br>*Counsel for Defendant*<br>Alverson, Taylor, Mortensen & Sanders |
| Joseph P. Garin, Esq.<br>jgarin@lipsonneilson.com<br>Lipson, Neilson, Cole, Seltzer, Garin, P.C.<br>9080 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>Telephone: 702.382.1500<br>Facsimile: 702.382.1512<br>*Counsel for Defendant*<br>Charles M. Damus, Esq. | Michael F. Bohn, Esq.<br>mbohn@bohnlawfirm.com<br>Law Offices of Michael F. Bohn, Esq., Ltd.<br>1880 East Warm Springs Road, Ste. 110<br>Las Vegas, Nevada 89119-4544<br>Telephone: 702.642.3113<br>Facsimile:  702.642.9766<br>*Counsel for Defendant*<br>Valley Foreclosure Services, LLC |
| Carleton R. Burch, Esq.<br>crb@amclaw.com<br>Brian L. Bradford, Esq.<br>blb@amclaw.com<br>Anderson, McPharlin & Conners LLP<br>777 N. Rainbow Blvd., #145<br>Las Vegas, Nevada 89107<br>Telephone: 702.479.1010<br>Facsimile:  702.479.1025<br>*Counsel for Defendant*<br>Cumorah Credit Union | |

I further certify that some of the participants in the case are not CM/ECF users, and pursuant to FRCP 5, I caused a correct copy of the foregoing **** to be served via first-class United States mail on the following at their respective last known addresses:

William J. Kelly, III, Esq.
wkelly@kellystacylaw.com
Kelly, Stacy & Rita, LLC
1401 17th Street, Suite 925
Denver, Colorado 80202
Telephone: 720.236.1800
Facsimile:  720.236.1799
*Counsel for Defendant*
RE/MAX International, Inc.

Mr. Adam B. Kearney
c/o Bank of America
2275 Corporate Circle, # 200
Henderson, Nevada 89074
*Pro se* Litigant

/s/ Priyanka Menon
An employee of Dickinson Wright PLLC

LASVEGAS 25169

# EXHIBIT 1

## DECLARATION OF JODI DONETTA LOWRY, ESQ.

Jodi Donetta Lowry, Esq. declares as follows under the pains and penalties of perjury of the State of Nevada and the United States of America:

1.      I am an attorney-at-law licensed to practice in all courts of the state of Nevada.  I am over eighteen years old.  I have personal knowledge, or knowledge based on information and belief based on my review of records kept in the ordinary course of business, of all the factual matters set forth in this Declaration and would be competent to testify with respect to same.

2.      I have practiced law in Las Vegas, Nevada since 2001, and I am familiar with the range of fees customarily charged by commercial litigation attorneys and staff of varying levels of experience in Las Vegas.  I am also familiar with the usual and customary charges of computerized legal research services and of court reporters in Las Vegas.  To the extent this Declaration sets forth my opinions regarding the reasonability of particular fees and costs, those opinions are based on my personal experience as a litigation attorney practicing in Las Vegas.

3.      From August 16, 2008 to August 15, 2010, I was a partner in the law firm of Gibson Lowry Burris LLP ("GLB").  Since August 16, 2010, I have been an attorney of counsel in the Las Vegas office of the law firm of Dickinson Wright PLLC ("DW-Vegas"), which acquired GLB and became the employer of GLB's attorneys and staff on that date.  At all times from August 16, 2008 to the present, I have had personal knowledge of: (a) the experience, reputation, and ability of all GLB and DW-Vegas attorneys and staff; (b) the customary fees charged for work performed by all GLB and DW-Vegas attorneys and staff; and (c) the manner in which GLB and DW-Vegas have kept attorney and staff time and billing records.

4.      I have carefully reviewed the records kept by GLB and DW-Vegas attorneys of time spent performing work in the matter of *Kim,* et al. *v. Kearney,* et al., case number 2:09-cv-02008-PMP-PAL in the United States District Court for the District of Nevada.  In accordance with this Court's Order filed on October 7, 2010 (Document No. 96; the "Order") on Plaintiffs' Motion to Compel Deposition of Adam B. Kearney (Document No. 88) and Plaintiffs' Motion for Sanctions against Adam B. Kearney (Document No. 89; collectively with Document No. 88, the "Kearney Motions") I extracted, reviewed, and edited the billing entries by GLB and DW-Vegas

attorneys and staff with respect to events subject to this Court's order to Mr. Kearney to reimburse Plaintiffs' attorney fees and costs (the "Chargeable Events").  I personally prepared the document attached hereto as Exhibit 1-A, which sets forth the time reasonably spent and fees and costs incurred by GLB and DW-Vegas attorneys and staff awarded by this Court with respect to the Chargeable Events.

5.      Entries in Exhibit 1-A identified with the initials "SG" reflect work performed by Steven A. Gibson, previously a partner in GLB and now a member of Dickinson Wright PLLC as well as the chief executive officer of Righthaven LLC.  Mr. Gibson has practiced law for over 20 years, over 10 of which Mr. Gibson has spent in Las Vegas, practicing with, *inter alia,* the firms of Lionel Sawyer & Collins; Santoro, Driggs, *et al.*; and Lewis Brisbois Bisgaard & Smith LLP. Prior to Mr. Gibson entering the practice of law in Nevada, Mr. Gibson practiced law in Chicago, Illinois and in Tokyo, Japan with large international firms including Sidley & Austin.  Mr. Gibson holds a B.A. from the University of Louisville and a J.D. from the Chicago-Kent College of Law.  Mr. Gibson has published extensively in the field of intellectual property and presented many continuing legal education seminars and seminars for the general public regarding intellectual property, and has a positive reputation in the Las Vegas legal community.  Mr. Gibson's hourly rate is $395, a reasonable rate for a Las Vegas commercial litigation attorney of Mr. Gibson's experience, reputation, and ability.

6.      Entries in Exhibit 1-A identified with the initials "JDL" reflect work performed by me.  I commenced practicing law in Washington, D.C. in 1999 and moved to Las Vegas in 2001, where I was an associate with the firm Broening Oberg Woods Wilson & Cass, P.C., acquired at the beginning of 2004 by Lewis Brisbois Bisgaard & Smith LLP, for whom I worked until August 15, 2008.  I hold a B.A. from Hollins College (now Hollins University) and a J.D. from Washington and Lee University.  I have published articles in the fields of intellectual property and civil procedure, and have presented continuing legal education seminars regarding copyright law and nursing home malpractice as well as legal seminars for physicians and nurses.  In 2010 I was named to the Mountain States SuperLawyers "Rising Stars" list in intellectual property

litigation.  My hourly rate for this matter is $250, a reasonable rate for a Las Vegas commercial litigation attorney of my experience, reputation, and ability.

7.      Entries in Exhibit 1-A identified with the initials "SB" reflect work performed by J. Scott Burris, previously a partner in GLB, then an attorney of counsel at DW-Vegas until October 3, 2010, when Mr. Burris left DW-Vegas.  Mr. Burris practiced law in Salt Lake City, Utah for approximately three years before commencing practice in Nevada in 2007.  Mr. Burris holds a B.A. from Southern Utah University and a J.D. from the University of Utah, and clerked for a Utah state court judge and with the enforcement division of the United States Securities and Exchange Commission prior to entering law practice.  Mr. Burris has a positive reputation in the Las Vegas legal community.  Mr. Burris' hourly rate was $205, a reasonable rate for a Las Vegas commercial litigation attorney of Mr. Burris' experience, reputation, and ability.

8.      Entries in Exhibit 1-A identified with the initials "JS" reflect work performed by Jonathan Salls, who, at the time of performing the work on this matter identified in Exhibit 1-A, was a law clerk awaiting his Nevada bar results (and who, since on or about October 14, 2010, has been a first-year associate at DW-Vegas).  Mr. Salls received his B.A. in 2007 and his J.D. in 2010 from Brigham Young University, and worked for GLB as a summer associate in 2009.  Mr. Salls' hourly rate as a law clerk was $160, a reasonable rate for an experienced law clerk awaiting bar results in Las Vegas.

9.      Entries in Exhibit 1-A identified with the initials "PM" reflect work performed by Priyanka Menon, a paralegal who has been employed by GLB and then DW-Vegas since late 2009 and who has been working as a paralegal in Las Vegas since early 2009.  Ms. Menon's hourly rate is $125, a reasonable rate for a second-year litigation paralegal in Las Vegas.

10.     Entries in Exhibit 1-A identified with the initials "LW" reflect work performed by Lisa Williams, a docketing clerk who has been employed by GLB and then DW-Vegas since early 2010.  Prior to moving to Las Vegas and commencing work at GLB in 2010, Ms. Williams worked in the records center of the home office of Gibson Dunn & Crutcher LLP in Los Angeles, California.  Ms. Williams' hourly rate is $100, a reasonable rate for a docketing clerk in Las Vegas with Ms. Williams' experience.

11.     The total fees charged by GLB and DW-Vegas attorneys and staff with respect to the Chargeable Events are $8983.50.  This is a reasonable amount of fees charged with respect to: (a) preparation for the deposition of a defendant heavily implicated in a real estate fraud matter; (b) preparation of motions to compel a defendant's deposition and for sanctions against a defendant who has failed to make any discovery disclosures or responses; and (c) preparation for and attendance of a hearing on those motions.

12.     In connection with Mr. Burris' and Mr. Salls' preparation of Plaintiffs' motions to compel and for sanctions against Mr. Kearney, Mr. Salls incurred LEXIS charges of $155.50 and Mr. Burris incurred LEXIS charges of $179.50.  These are reasonable legal research charges with respect to these two relatively simple discovery motions.

13.     In connection with Mr. Gibson's attempt on August 25, 2010 to take Mr. Kearney's deposition, Esquire Deposition Solutions charged $152.50 for the reporting by a court reporter of Mr. Kearney's non-appearance.  This is a typical and reasonable charge by Esquire for making a record of a deponent's non-appearance.  Esquire's invoice (which inaccurately names Dickinson Wright PLLC as "Dixon Wright") is attached hereto as Exhibit 1-B.

14.     The total costs incurred by Plaintiffs with respect to the Chargeable Events are $487.50. Added to the fees charged with respect to the Chargeable Events, the total fees and costs associated with the Chargeable Events are $9471.00.  *In toto,* these are, in my opinion, reasonable fees and costs with respect to events of the nature of the Chargeable Events.

Dated this 21st day of October, 2010.

DICKINSON WRIGHT PLLC


By ___/s/ J.D. Lowry_____
STEVEN A. GIBSON
Nevada Bar No. 6656
JODI DONETTA LOWRY
Nevada Bar No. 7798
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128

# EXHIBIT 1-A

**Fees and Costs: August 25, 2010 Deposition of Adam Kearney, Motion to Compel Deposition of Adam Kearney, and Motion for Sanctions against Adam Kearney**

*Key:*
SG = Steven A. Gibson, partner; hourly rate = $395.00
JDL = J.D. Lowry, of counsel; hourly rate = $250.00
SB = J. Scott Burris, of counsel; hourly rate = $205.00
JS = Jonathan Salls, law clerk; hourly rate = $160.00
PM = Priyanka Menon, paralegal; hourly rate = $125.00
LW = Lisa Williams, docket clerk; hourly rate = $100.00

*Fees:*

| Date | Attorney or Staff | Description | Time | Fee |
|---|---|---|---|---|
| 8/3/2010 | SG | A. Kearney deposition planning and preparation | 0.4 | 158.00 |
| 8/11/2010 | SB | Prepare memorandum regarding material facts to be gained from A. Kearney deposition; prepare synopsis of relevant complaint allegations regarding same | 1.5 | 307.50 |
| 8/12/2010 | SG | A. Kearney deposition preparation | 1.3 | 513.50 |
| 8/12/2010 | SB | Review Plaintiffs' documents regarding potential deposition exhibits; left message with A. Kearney regarding deposition | 1.1 | 225.50 |
| 8/16/2010 | SG | A. Kearney deposition preparation | 1.6 | 632.00 |
| 8/17/2010 | SG | A. Kearney deposition preparation | 0.8 | 316.00 |
| 8/18/2010 | SG | A. Kearney deposition preparation | 0.4 | 158.00 |
| 8/23/2010 | SG | A. Kearney deposition preparation | 0.4 | 158.00 |
| 8/24/2010 | SG | A. Kearney deposition preparation; document review regarding same | 4.6 | 1817.00 |
| 8/24/2010 | JS | Collect and prepare deposition exhibits for A. Kearney | 0.9 | 144.00 |
| 8/24/2010 | PM | Prepare binder with proposed exhibits and other court documents for A. Kearney deposition | 4.0 | 500.00 |
| 8/25/2010 | SG | A. Kearney deposition; preparation therefor; commute to and fro from office; communication with client regarding same | 2.0 | 790.00 |
| 8/27/2010 | JS | Research and prepare motion to compel A. Kearney deposition | 4.2 | 672.00 |
| 8/30/2010 | JS | Prepare declaration for motion to compel deposition, proposed order granting motion to compel deposition, and motion to compel deposition of A. Kearney | 1.6 | 256.00 |
| 9/2/2010 | JS | Prepare motion to compel A. Kearney | 0.7 | 112.00 |
| 9/7/2010 | SB | Telephone conference with A. Kearney | 4.0 | 820.00 |

| | | | | |
|---|---|---|---|---|
| | | regarding A. Kearney's failure to appear for deposition; research federal rules regarding A. Kearney's failure to comply with discovery obligations; supplement motion to compel A. Kearney deposition regarding background facts and procedural posture; prepare arguments regarding A. Kearney's violations of FRCP 26, 30, and 34 | | |
| 9/8/2010 | SG | Prepare supplements to A. Kearney motion for sanctions/compulsion | 0.3 | 118.50 |
| 9/8/2010 | SB | Prepare proposed order for motion for sanctions against A. Kearney; prepare declaration regarding motion for sanctions against A. Kearney; prepare supplements to motion for sanctions regarding same; prepare additional exhibits to motion to compel and for sanctions regarding A. Kearney deposition; finalize and file A. Kearney Motion to Compel and For Sanctions | 1.6 | 328.00 |
| 9/10/2010 | LW | Analyze and docket deadlines regarding motion for A. Kearney discovery sanctions | 0.1 | 10.00 |
| 9/13/2010 | SB | Review order from court regarding hearing on A. Kearney motion to compel and for sanctions | 0.1 | 20.50 |
| 9/14/2010 | LW | Analyze and docket deadlines regarding hearing on motion for A. Kearney discovery sanctions | 0.1 | 10.00 |
| 10/5/2010 | SG | Attend hearing on A. Kearney motions to compel and for discovery sanctions; preparation therefor; commute to and fro from office | 1.8 | 711.00 |
| 10/7/2010 | JDL | Analyze Magistrate Judge P. Leen's order on motions to compel and for sanctions | 0.1 | 25.00 |
| 10/7/2010 | LW | Docket deadlines listed in order on motions to compel and for sanctions | 0.1 | 10.00 |
| 10/11/2010 | JS | Prepare certificate of compliance relating to court's order to notify A. Kearney; left voice message for A. Kearney regarding same | 0.6 | 96.00 |
| 10/12/2010 | JDL | Prepare supplements to and finalize certificate of compliance with court's order on motions to compel and for sanctions | 0.3 | 75.00 |
| | | **Total Fees** | | **$8983.50** |

*Costs:*

| Date | Description | Cost |
|------|-------------|------|
| 8/25/2010 | Services provided by Esquire Deposition Solutions, Las Vegas, for A. Kearney non-appearance | 152.50 |
| 8/27/2010 | Computerized legal research by JS for motion to compel and for sanctions | 155.50 |
| 9/7/2010 | Computerized legal research by SB for motion to compel and for sanctions | 179.50 |
| | **Total Costs** | **$487.50** |

LASVEGAS 25172

# EXHIBIT 1-A-1

COPY

 ESQUIRE

Esquire Solutions - Las Vegas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 845-3376
Fax (866) 590-3205



STEVEN GIBSON ,ESQ.
DIXON WRIGHT
SUITE 503
7201 WEST LAKE MEAD
LAS VEGAS, NV 89128

### *Invoice # PL252690*

| Invoice Date | 08/31/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 10/01/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/25/2010 | KIM  vs. KEARNEY | 328433 | 09/01/2010 | UPS |

| Description |
|---|
| Services Provided on 08/25/2010, ADAM KEARNEY |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/16/20** | **$ 152.50** |
| Amount Due After 10/16/2010 | $ 167.75 |

Tax Number:   20-4667049

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS



# ESQUIRE
an Alexander Gallo Company

STEVEN GIBSON ,ESQ.
DIXON WRIGHT
SUITE 503
7201 WEST LAKE MEAD
LAS VEGAS, NV 89128

| | |
|---|---|
| Invoice #: | PL252690 |
| Payment Due: | 10/01/2010 |
| **Amount Due On/Before 10/16/2010** | **$ 152.50** |
| Amount Due After 10/16/2010 | $ 167.75 |

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

016  0000252690  08312010  3  000015250  9  10012010  10162010  2  000016775  47