STEVEN A. GIBSON
Nevada Bar No. 6656
sgibson@dickinsonwright.com
JODI DONETTA LOWRY
Nevada Bar No. 7798
jdlowry@dickinsonwright.com
JONATHAN M. A. SALLS
Nevada Bar No. 12085
jsalls@dickinsonwright.com

# DICKINSON WRIGHT PLLC
City Center West
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAE-SI KIM, an individual, and JIN-SUNG HONG, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM B. KEARNEY, an individual; EDWARD C. REED, an individual; BARBARA R. REED, an individual; REED TEAM, d/b/a RE/MAX EXTREME, a Nevada general partnership; FIRST AMERICAN TITLE, a foreign corporation; RE/MAX INTERNATIONAL, INC., a Colorado corporation; GINA THOMAS, an individual; ALVERSON, TAYLOR, MORTENSEN & SANDERS, a Nevada law firm; the Estate of JAMES L. ZEMELMAN, ESQ.; CUMORAH CREDIT UNION, a Nevada non-profit corporation; CHARLES M. DAMUS, ESQ., an individual; and VALLEY FORECLOSURE SERVICES, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No.: 2:09-cv-02008-PMP-PAL<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL OF ADAM B. KEARNEY WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

-1-

1  Plaintiffs, Tae-Si Kim and Jin-Sung Hong (collectively "Plaintiffs"), by and through their
2  counsel, Dickinson Wright PLLC, hereby dismiss with prejudice all of Plaintiffs' pending claims
3  against Defendant Adam B. Kearney, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), who never
4  answered in this matter.  Plaintiffs request the Court to retain jurisdiction over the matter and
5  over Mr. Kearney for the purpose of enforcing the terms of the written settlement agreement
6  between Plaintiffs and Mr. Kearney.

Respectfully submitted this 28th day of January, 2011.

DICKINSON WRIGHT PLLC

By  /s/ Jonathan M. A. Salls
STEVEN A. GIBSON
Nevada Bar No. 6656
JODI DONETTA LOWRY
Nevada Bar No. 7798
JONATHAN M. A. SALLS
Nevada Bar No. 12085
City Center West
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128

IT IS SO ORDERED.

_____

PHILIP M. PRO, U.S. DISTRICT JUDGE

DATED:  January 31, 2011.

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5 of this Court, I certify that I am an employee of Dickinson Wright PLLC and that on this 28th day of January, 2011, I caused a correct copy of the foregoing Plaintiffs' Notice of Dismissal of Adam B. Kearney with Prejudice Pursuant to Fed. R. Civ. P. 41(a) to be served via CM/ECF to:

| | |
|---|---|
| Michael E. Stoberski, Esq.<br>mstoberski@ocgd.com<br>Zachary J. Thompson, Esq.<br>zthompson@ocgd.com<br>Olson, Cannon, Gormley & Desruisseaux<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Telephone: 702.384.4012<br>Facsimile:  702.383.0701<br>*Counsel for Defendants*<br>Edward C. Reed; Barbara R. Reed; and Reed Team, d/b/a RE/MAX Extreme | Carleton R. Burch, Esq.<br>crb@amclaw.com<br>Brian L. Bradford, Esq.<br>blb@amclaw.com<br>Anderson, McPharlin & Conners LLP<br>777 N. Rainbow Blvd., #145<br>Las Vegas, Nevada 89107<br>Telephone: 702.479.1010<br>Facsimile:  702.479.1025<br>*Counsel for Defendant*<br>Cumorah Credit Union |

I further certify that some of the participants in the case are not CM/ECF users, and pursuant to FRCP 5, I caused a correct copy of the foregoing Plaintiffs' Notice of Dismissal of Adam B. Kearney with Prejudice Pursuant to Fed. R. Civ. P. 41(a) to be served via first-class United States mail on the following at their respective last known addresses:

| | |
|---|---|
| William J. Kelly, III, Esq.<br>wkelly@kellystacylaw.com<br>Kelly, Stacy & Rita, LLC<br>1401 17th Street, Suite 925<br>Denver, Colorado 80202<br>Telephone: 720.236.1800<br>Facsimile:  720.236.1799<br>*Counsel for Defendant*<br>RE/MAX International, Inc. | Mr. Adam B. Kearney<br>4460 West Hacienda #101<br>Las Vegas, Nevada 89118<br>*Pro se Litigant* |

/s/ Lisa M. Williams
An employee of Dickinson Wright PLLC