1  STEVEN A. GIBSON
   Nevada Bar No. 6656
2  sgibson@dickinsonwright.com
   JODI DONETTA LOWRY
3  Nevada Bar No. 7798
   jdlowry@dickinsonwright.com
4  JONATHAN M. A. SALLS
   Nevada Bar No. 12085
5  jsalls@dickinsonwright.com

6  DICKINSON WRIGHT PLLC
   City Center West
7  7201 West Lake Mead Boulevard, Suite 503
8  Las Vegas, Nevada 89128
   Telephone 702.541.7888
9  Facsimile 702.541.7899

10 *Attorneys for Plaintiffs*

11              **UNITED STATES DISTRICT COURT**

12                   **DISTRICT OF NEVADA**

13 TAE-SI KIM, an individual, and JIN-SUNG
   HONG, an individual,
14                                              Case No.: 2:09-cv-02008-PMP-GWF
15          Plaintiffs,
       v.                                       **PLAINTIFFS' NOTICE OF DISMISSAL
16                                              OF RE/MAX INTERNATIONAL, INC.
   ADAM B. KEARNEY, an individual;              WITHOUT PREJUDICE PURSUANT TO
17 EDWARD C. REED, an individual;               FED. R. CIV. P. 41(a)**
   BARBARA R. REED, an individual; REED
18 TEAM, d/b/a RE/MAX EXTREME, a Nevada
   general partnership; FIRST AMERICAN
19 TITLE, a foreign corporation; RE/MAX
   INTERNATIONAL, INC., a Colorado
20 corporation; GINA THOMAS, an individual;
   ALVERSON, TAYLOR, MORTENSEN &
21 SANDERS, a Nevada law firm; the Estate of
   JAMES L. ZEMELMAN, ESQ.; CUMORAH
22 CREDIT UNION, a Nevada non-profit
   corporation; CHARLES M. DAMUS, ESQ., an
23 individual; and VALLEY FORECLOSURE
   SERVICES, LLC, a Nevada limited-liability
24 company,
            Defendants.
25

26      Plaintiffs, Tae-Si Kim and Jin-Sung Hong (collectively "Plaintiffs"), by and through their

27 counsel, Dickinson Wright PLLC, hereby dismiss without prejudice all of Plaintiffs' pending

28

1. claims against Defendant RE/MAX International, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),
2. who never answered in this matter.

Respectfully submitted this 18th day of March, 2011.

                                DICKINSON WRIGHT PLLC

By  /s/ Jonathan Salls
      STEVEN A. GIBSON
      Nevada Bar No. 6656
      JODI DONETTA LOWRY
      Nevada Bar No. 7798
      JONATHAN M. A. SALLS
      Nevada Bar No. 12085
      City Center West
      7201 West Lake Mead Boulevard, Suite 503
      Las Vegas, Nevada 89128

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: March 21, 2011

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5 of this Court, I certify that I am an employee of Dickinson Wright PLLC and that on this 18th day of March, 2011, I caused a correct copy of the foregoing **Plaintiffs' Notice of Dismissal of RE/MAX International, Inc. Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)** to be served via CM/ECF to:

| | |
|---|---|
| Michael E. Stoberski, Esq.<br>mstoberski@ocgd.com<br>Zachary J. Thompson, Esq.<br>zthompson@ocgd.com<br>Olson, Cannon, Gormley & Desruisseaux<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Telephone: 702.384.4012<br>Facsimile:  702.383.0701<br>*Counsel for Defendants*<br>Edward C. Reed; Barbara R. Reed; and Reed Team, d/b/a RE/MAX Extreme | Carleton R. Burch, Esq.<br>crb@amclaw.com<br>Brian L. Bradford, Esq.<br>blb@amclaw.com<br>Anderson, McPharlin & Conners LLP<br>777 N. Rainbow Blvd., #145<br>Las Vegas, Nevada 89107<br>Telephone: 702.479.1010<br>Facsimile:  702.479.1025<br>*Counsel for Defendant*<br>Cumorah Credit Union |

I further certify that some of the participants in the case are not CM/ECF users, and pursuant to FRCP 5, I caused a correct copy of the foregoing **Plaintiffs' Notice of Dismissal of RE/MAX International, Inc. Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)** to be served via first-class United States mail on the following at their respective last known addresses:

William J. Kelly, III, Esq.
wkelly@kellystacylaw.com
Kelly, Stacy & Rita, LLC
1401 17th Street, Suite 925
Denver, Colorado 80202
Telephone: 720.236.1800
Facsimile:  720.236.1799
*Counsel for Defendant*
RE/MAX International, Inc.

                                      /s/ Elaine Blaszczak
                                      An employee of Dickinson Wright PLLC