# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TAE-SI KIM, an individual, and<br>JIN-SUNG HONG, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM B. KEARNEY, an individual;<br>EDWARD C. REED, an individual;<br>BARBARA R. REED, an individual;<br>REED TEAM, dba RE/MAX<br>EXTREME, a Nevada general<br>partnership; FIRST AMERICAN<br>TITLE, a foreign corporation; GINA<br>THOMAS, an individual; ALVERSON,<br>TAYLOR, MORTENSEN &<br>SANDERS, a Nevada<br>law firm, and the ESTATE OF<br>JAMES L. ZEMELMAN, ESQ.,<br><br>Defendant. | 2:09-CV-02008-PMP-PAL<br><br><br><br>**ORDER** |

Having read and considered Plaintiffs' Motion for Relief From Court's Order Granting Valley Foreclosure Services' Joinder in Motion to Dismiss (Doc. #150), Defendant Valley Foreclosure Services, LLC's Response (Doc. #155) and Plaintiffs' Reply (Doc. #158) and having further considered the arguments of counsel presented at the hearing conducted on September 15, 2011, and good cause appearing,

/ / /

1  **IT IS ORDERED that** Plaintiffs' Motion for Relief From Court's Order
2  Granting Valley Foreclosure Services' Joinder in Motion to Dismiss (Doc. #150)
3  is **GRANTED** to the extent that this Court's Order (Doc. #117) of December 6, 2010
4  is **VACATED** to the limited extent that it GRANTED Defendant Valley Foreclosure
5  Services, LLC's Joinder in Defendant Damus' Motion to Dismiss.  Defendant Valley
6  Foreclosure Services, LLC is hereby reinstated as a party Defendant to this action.

8  DATED:  September 16, 2011.

                                                                    _____
                                                                     PHILIP M. PRO
                                                                     United States District Judge