UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TAI-SI KIM and JIN-SUNG HONG, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ADAM B. KEARNEY, et al., ) <br> ) <br> Defendants. ) | 2:09-CV-02008-PMP-PAL <br><br> ORDER |

IT IS ORDERED that the Court will hold a hearing on Plaintiffs' Motion to Enforce the Settlement Agreement (Doc. #218) on Monday, April 16, 2012 at 11:30 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that Plaintiffs shall serve Defendant Adam B. Kearney with a copy of this Order.

DATED:  March 21, 2012

_____
PHILIP M. PRO
United States District Judge