# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Tae-Si Kim and Jin-Sung Hong

Plaintiffs,

V.

Adam B. Kearney et al

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-CV-2008 PMP-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiffs' Motion for Entry of Default Judgment Against Defendant Mr. Adam B. Kearney (Doc. #253) is hereby GRANTED. Judgment is hereby entered in favor of Plaintiffs Tae-Si Kim and Jin-Sung Hong and against Defendant Adam B. Kearney in the amount of $464,384.00.

May 31, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk