## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TAE-SI KIM, an individual, and<br>JIN-SUNG HONG, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM B. KEARNEY, an individual;<br>EDWARD C. REED, an individual;<br>BARBARA R. REED, an individual;<br>REED TEAM, dba RE/MAX<br>EXTREME, a Nevada general<br>partnership; FIRST AMERICAN<br>TITLE, a foreign corporation; GINA<br>THOMAS, an individual; ALVERSON,<br>TAYLOR, MORTENSEN &<br>SANDERS, a Nevada<br>law firm, and the ESTATE OF<br>JAMES L. ZEMELMAN, ESQ.,<br><br>Defendants. | 2:09-CV-02008-PMP-PAL<br><br><br><br>**ORDER** |

Having read and considered Defendant Tobler's fully briefed Motion for Summary Judgment (Doc. #252), and good cause appearing,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (Doc. #252) is **DENIED**.

**IT IS FURTHER ORDERED** that the Parties shall file a joint pre-trial order not later than **August 15, 2012**.

DATED:  July 6, 2012.

_____
PHILIP M. PRO
United States District Judge