UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TAE-SE KIM, et al., | ) |
| Plaintiff(s), | ) |
| vs | ) Case #2:09-CV-2008-PMP-GWF |
| ADAM B. KEARNEY, et al., | ) |
| | ) ORDER REFERRING CASE FOR |
| | ) SETTLEMENT CONFERENCE |
| Defendant(s). | ) |

This case is currently stacked on the calendar on **Tuesday, April 9, 2013** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

DATED this 20th day of August, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE