# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TAE-SI KIM, *et al.*, | )<br>) |
|         Plaintiffs, | )   Case No.:   2:09-cv-02008-PMP-GWF |
| vs. | )<br>)   **ORDER** |
| ADAM B. KEARNEY, *et al.*, | )<br>) |
|         Defendants. | ) |

This matter comes before the Court on the parties' Joint Letter to the Court (#280), filed on August 21, 2012. The parties request clarification from the Court regarding the close of discovery and the deadline for filing dispositive motions. On July 6, 2012, the Court entered an Order (#272) denying Defendant Tobler's Motion for Summary Judgment. Denial of Defendant's motion however did not void the dates set out in the Scheduling Order (#249) issued by the Court on April 24, 2012. The discovery deadline remains **August 24, 2012**, and dispositive motions are due no later than **September 21, 2012.** *See* Order (#249). The parties indicate they have continued the Tobler PMK deposition until they received clarification from the Court on this matter. Given the impending discovery deadline, the Court will grant the parties until **September 5, 2012** to complete the Tobler PMK deposition. All other deadlines remain the same.

     **IT IS SO ORDERED**.

        DATED this 22nd day of August, 2012.

                                      GEORGE FOLEY, JR.
                                      United States Magistrate Judge