# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TAE-SI KIM, *et al.*, | ) | |
|               Plaintiffs, | ) | Case No.:  2:09-cv-02008-PMP-GWF |
| vs. | ) | **ORDER** |
| ADAM B. KEARNEY, *et al.*, | ) | Joint Letter to the Court (#283) |
|               Defendants. | ) | |

This matter comes before the Court on Plaintiffs, the Tobler Defendants, and the Reed Defendants' Joint Letter to the Court (#283) filed on September 14, 2012. No objection to the Joint Letter has been filed by the other parties. The deadline for dispositive motions in this case is September 21, 2012. *See* Screening Order (#249). Plaintiffs, Reed Defendants, and Tobler Defendants bring this letter before the Court to extend the deadline for dispositive motions to September 27, 2012. Based on the parties' agreement to extend the dispositive motions deadline, the Court will grant their request. Accordingly,

**IT IS HEREBY ORDERED** that the dispositive motions deadline is extended to **September 27, 2012.** Joint pretrial Orders are due **October 29, 2012**. In the event that dispositive motions are filed, the date for the filing of the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions.

DATED this 20th day of September, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge