MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
MATTHEW A. CAVANAUGH, ESQ.
Nevada Bar No. 011077
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada  89129
(702) 384-4012 off
(702) 383-0701 fax
mstoberski@ocgd.com

Attorneys for Defendants BARBIE, LTD. dba
RE/MAX EXTREME, EDWARD C. REED and
BARBARA R. REED

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| TAE-SI KIM, an individual, and JIN-SUNG HONG, an individual, | CASE NO. 2:09-cv-02008-PMP-GWF |
| Plaintiffs, | |
| vs. | |
| ADAM B. KEARNEY, an individual; EDWARD C. REED, an individual; BARBARA R. REED, an individual; BARBIE, LTD., d/b/a RE/MAX EXTREME, a Nevada corporation; FIRST AMERICAN TITLE, a foreign corporation; RE/MAX INTERNATIONAL, INC., a Colorado corporation; GINA THOMAS, an individual; ALVERSON, TAYLOR, MORTENSEN & SANDERS, a Nevada law firm; the Estate of JAMES L. ZEMELMAN, ESQ.; CUMORAH CREDIT UNION, a Nevada non-profit corporation; CHARLES M. DAMUS, ESQ., an individual; VALLEY FORECLOSURE SERVICES, LLC, a Nevada limited liability company; RICHARD L. TOBLER, ESQ., an individual; and RICHARD L. TOBLER, LTD., a Nevada corporation, | DEFENDANTS BARBIE, LTD. DBA RE/MAX EXTREME, EDWARD C. REED AND BARBARA R. REED'S MOTION FOR ORDER ALLOWING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE BY INSURANCE CARRIER REPRESENTATIVE |
| Defendants. | |

COME NOW, Defendants RE/MAX EXTREME, EDWARD C. REED and BARBARA P. REED, by and through their attorneys, OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, and hereby request the Court's permission for Vincent Catania of XL SELECT

PROFESSIONAL, the insurance carrier and carrier representative for the Defendants RE/MAX EXTREME, EDWARD C. REED and BARBARA P. REED, to appear telephonically at the December 19, 2012, Settlement Conference. The undersigned have met and conferred with Plaintiffs' counsel, and they have no objection. Mr. Catania's place of business is in Connecticut.

DATED this 26 day of October, 2012.

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

By _____
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
MATTHEW A. CAVANAUGH, ESQ.
Nevada Bar No. 011077
9950 West Cheyenne Avenue
Las Vegas, Nevada  89129
Attorneys for Defendants BARBIE, LTD. dba RE/MAX EXTREME, EDWARD C. REED and BARBARA R. REED

## ORDER

IT IS ORDERED.

DATED this 29th day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

## CERTIFICATE OF SERVICE VIA EFP PROGRAM

I hereby certify that on this 26 day of October, 2012, I did serve, via the Court's CM/ECF System, a copy of the above DEFENDANTS BARBIE, LTD. DBA RE/MAX EXTREME, EDWARD C. REED AND BARBARA R. REED'S MOTION FOR ORDER ALLOWING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE BY INSURANCE CARRIER REPRESENTATIVE.

_____
An employee of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI