1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

* * *

11

TAE-SI KIM and JIN-SUNG HONG,        )
                                     )
12                                   )
        Plaintiffs,                  )        2:09-CV-02008-PMP-GWF
                                     )
13                                   )
v.                                   )
                                     )
14                                   )
ADAM B. KEARNEY, et al.,             )        ORDER
                                     )
15                                   )
        Defendants.                  )
                                     )
16  _____)

17        In light of the Court's May 28, 2013 Order (Doc. #369) granting summary

18  judgment in favor of Defendants Richard L. Tobler and Richard L. Tobler, Ltd., the

19  following motions are denied as moot:

20        • Defendant Richard l. Tobler, Esq. and Richard L. Tobler, Ltd.'s Motion in

21  Limine No. 1 (Doc. #323)

22        • Defendant Richard l. Tobler, Esq. and Richard L. Tobler, Ltd.'s Motion in

23  Limine No. 2 (Doc. #324)

24        • Defendant Richard l. Tobler, Esq. and Richard L. Tobler, Ltd.'s Motion in

25  Limine No. 3 (Doc. #325)

26        • Defendant Richard l. Tobler, Esq. and Richard L. Tobler, Ltd.'s Motion in

Limine No. 4 (Doc. #326)

1    • Defendant Richard l. Tobler, Esq. and Richard L. Tobler, Ltd.'s Motion in

2  Limine No. 5 (Doc. #327)

3    • Defendant Richard l. Tobler, Esq. and Richard L. Tobler, Ltd.'s Motion in

4  Limine No. 6 (Doc. #328)

5    • Plaintiffs' Motion in Limine No. 5 (Doc. #333).

6

7    IT IS SO ORDERED.

8

9  DATED: May 31, 2013

10   _____

11   PHILIP M. PRO
     United States District Judge