UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TAE-SI KIM and JIN-SUNG HONG, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ADAM B. KEARNEY, et al., ) <br> ) <br> Defendants. ) <br> ) | 2:09-CV-02008-PMP-GWF <br><br> <u>ORDER</u> |

In light of the Court's May 28, 2013 Order (Doc. #369) granting summary judgment in favor of Defendants Richard L. Tobler and Richard L. Tobler, Ltd., the following motions are denied as moot:

• Defendant Richard l. Tobler, Esq. and Richard L. Tobler, Ltd.'s Motion in Limine No. 1 (Doc. #323)

• Defendant Richard l. Tobler, Esq. and Richard L. Tobler, Ltd.'s Motion in Limine No. 2 (Doc. #324)

• Defendant Richard l. Tobler, Esq. and Richard L. Tobler, Ltd.'s Motion in Limine No. 3 (Doc. #325)

• Defendant Richard l. Tobler, Esq. and Richard L. Tobler, Ltd.'s Motion in Limine No. 4 (Doc. #326)

• Defendant Richard l. Tobler, Esq. and Richard L. Tobler, Ltd.'s Motion in Limine No. 5 (Doc. #327)

• Defendant Richard l. Tobler, Esq. and Richard L. Tobler, Ltd.'s Motion in Limine No. 6 (Doc. #328)

• Plaintiffs' Motion in Limine No. 5 (Doc. #333).

IT IS SO ORDERED.

DATED: May 31, 2013

_____
PHILIP M. PRO
United States District Judge