MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
MATTHEW A. CAVANAUGH, ESQ.
Nevada Bar No. 011077
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 off
(702) 383-0701 fax
mstoberski@ocgd.com

Attorneys for Defendants BARBIE, LTD. dba
RE/MAX EXTREME, EDWARD C. REED and
BARBARA R. REED

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| TAE-SI KIM, an individual, and JIN-SUNG HONG, an individual, | CASE NO. 2:09-cv-02008-PMP-GWF |
| Plaintiffs, | |
| vs. | |
| ADAM B. KEARNEY, an individual; EDWARD C. REED, an individual; BARBARA R. REED, an individual; BARBIE, LTD., d/b/a RE/MAX EXTREME, a Nevada corporation; FIRST AMERICAN TITLE, a foreign corporation; RE/MAX INTERNATIONAL, INC., a Colorado corporation; GINA THOMAS, an individual; ALVERSON, TAYLOR, MORTENSEN & SANDERS, a Nevada law firm; the Estate of JAMES L. ZEMELMAN, ESQ.; CUMORAH CREDIT UNION, a Nevada non-profit corporation; CHARLES M. DAMUS, ESQ., an individual; VALLEY FORECLOSURE SERVICES, LLC, a Nevada limited liability company; RICHARD L. TOBLER, ESQ., an individual; and RICHARD L. TOBLER, LTD., a Nevada corporation, | [PROPOSED] ORDER |
| Defendants. | |

UPON CONSIDERATION of the Parties' Joint Motion to Stay Proceedings, and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

. . .

It is further ORDERED that litigation deadlines in this matter are STAYED pending Plaintiffs' appeals referenced in the Joint Motion and that all pending deadlines are tolled.

It is further ORDERED that the Parties shall file a joint status report with the Court following a decision of the Ninth Circuit Court of Appeal on Plaintiffs' appeal of the decision granting CUMORAH CREDIT UNION's motion for summary judgment and propose a scheduling order to govern the remaining conduct of the litigation.

SIGNED this 24th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE