UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TAI-SI KIM and JIN-SUNG HONG,           )
                                        )
           Plaintiffs,                  )    2:09-CV-02008-PMP-PAL
                                        )
v.                                      )
                                        )
ADAM B. KEARNEY, et al.,                )    <u>ORDER</u>
                                        )
           Defendants.                  )

In light of the stay (Doc. #386) entered in this case pending resolution of the appeal,

IT IS ORDERED that all pending motions are denied without prejudice to request the Court to reinstate the motions once the stay is lifted.

DATED: September 24, 2013

_____
PHILIP M. PRO
United States District Judge