1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                      * * *
                                                )
9     TAE-SI KIM and JIN-SUNG HONG,              )
                                                )
10            Plaintiffs,                         )          2:09-CV-02008-PMP-GWF
                                                )
11     v.                                        )
                                                )
12    ADAM B. KEARNEY, et al.,                   )          ORDER
                                                )
13            Defendants.                         )
                                                )
14
              In light of the decision from the United States Court of Appeals for the Ninth
15
      Circuit,
16
              IT IS ORDERED that the parties shall file a joint status report and propose a
17
      scheduling order to govern the remaining conduct of the litigation on or before December
18
      30, 2013.
19
20
      DATED:  December 9, 2013
21
22                                              _____
                                                PHILIP M. PRO
23                                              United States District Judge
24
25
26