UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TAE-SI KIM and JIN-SUNG HONG,<br><br>    Plaintiffs,<br><br>v.<br><br>ADAM B. KEARNEY, et al.,<br><br>    Defendants. | 2:09-CV-02008-PMP-GWF<br><br>ORDER |

In light of the decision from the United States Court of Appeals for the Ninth Circuit,

IT IS ORDERED that the parties shall file a joint status report and propose a scheduling order to govern the remaining conduct of the litigation on or before December 30, 2013.

DATED: December 9, 2013

_____
PHILIP M. PRO
United States District Judge