1

2

3

4

5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TAE-SI KIM and JIN-SUNG HONG,        )
                                      )
                Plaintiffs,           )          2:09-CV-02008-PMP-GWF
                                      )
v.                                    )
                                      )
ADAM B. KEARNEY, et al.,              )          ORDER
                                      )
                Defendants.           )
_____ )

        In light of the parties' Joint Status Report (Doc. #395) requesting the Court

continue the stay in this case pending resolution of the second appeal in this case,

        IT IS ORDERED that the Court's Order (Doc. #386) granting a stay remains in

effect pending the Ninth Circuit's resolution of Plaintiffs' appeal.


DATED:  January 6, 2014

                                         _____
                                         PHILIP M. PRO
                                         United States District Judge