UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TAE-SI KIM and JIN-SUNG HONG, ) | |
| Plaintiffs, ) | 2:09-CV-02008-PMP-GWF |
| v. ) | |
| ADAM B. KEARNEY, et al., ) | ORDER |
| Defendants. ) | |

In light of the parties' Joint Status Report (Doc. #395) requesting the Court continue the stay in this case pending resolution of the second appeal in this case,

IT IS ORDERED that the Court's Order (Doc. #386) granting a stay remains in effect pending the Ninth Circuit's resolution of Plaintiffs' appeal.

DATED: January 6, 2014

_____
PHILIP M. PRO
United States District Judge