1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6
7   TAE-SI KIM, *et al.*,                    )
                                             )
8              Plaintiffs,                   )          Case No.:   2:09-cv-02008-RFB-GWF
                                             )
9   vs.                                      )          **ORDER**
                                             )
10  ADAM B. KEARNEY, *et al.*,               )
                                             )
11             Defendants.                   )
    _____ )

12
13          This matter is before the Court on Carleton R. Burch's Ex Parte Motion to Remove Counsel

14  from CM/ECF Service List (#417), filed on June 17, 2015.

15          Mr. Burch requests to be removed from the CM/ECF service list because his client,

16  Cumorah Credit Union, was dismissed from the matter when summary judgment was granted on

17  January 23, 2012.  *See* Order (#213).  The Ninth Circuit affirmed Judge Pro's decision to grant

18  summary judgment in favor of Defendant Cumorah Credit Union.  *See* Order (#394).  It is no

19  longer necessary for Mr. Burch to receive CM/ECF notices for this matter.  Accordingly,

20          **IT IS HEREBY ORDERED** that Carleton R. Burch's Ex Parte Motion to Remove

21  Counsel from CM/ECF Service List (#417) is **granted**.

22          **DATED** this 18th day of June, 2015.

23

24                                                    _____
                                                      GEORGE FOLEY, JR.
25                                                    United States Magistrate Judge

26
27
28